# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-3275

_____

Henry Alfredo Moran

*Petitioner*

v.

Loretta E. Lynch, Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: September 22, 2016
Filed: September 30, 2016
[Unpublished]

_____

Before SMITH, BENTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Henry Alfredo Moran petitions for review of an order of the Board of Immigration Appeals upholding an immigration judge's denial of his application for asylum and withholding of removal. After careful consideration of those matters that are properly before us, we conclude that substantial evidence

supports the denial of relief.  <u>See</u> <u>Davila-Mejia v. Mukasey</u>, 531 F.3d 624, 627, 629 (8th Cir. 2008).  The petition is denied.  <u>See</u> 8th Cir. R. 47B.